DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

11 APRIL 2013

| 082P13 | Michael McAdoo v. University of North Carolina at Chapel Hill; H. Holden Thorp, in his official capacity as Chancellor of the University of North Carolina at Chapel Hill; and National Collegiate Athletic Association | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA12-256)<br><br>2. Student Athlete Human Rights Project's Motion for Leave to File *Amicus Curiae* Brief | 1. Denied<br><br>2. Dismissed as Moot |
|---|---|---|---|
| 083P13 | Wake Med v. N.C. Department of Health and Human Services, Division of Health Service Regulation, Certificate of Need Section and Rex Hospital, Inc. d/b/a Rex Healthcare, Intervenor | 1. Petitioner's PDR Under N.C.G.S. § 7A-31 (COA12-364)<br><br>2. Respondent and Intervenor's Conditional PDR Under N.C.G.S. § 7A-31<br><br>3. Petitioner's Motion to Withdraw PDR | 1. Dismissed as Moot **03/28/13**<br><br>2. *Dismissed as Moot* **03/28/13**<br><br>3. Allowed **03/28/13** |
| 084A02-2 | State v. Clifford Miller | Def's PWC to Review Order of Onslow County Superior Court | Denied |
| 086P13 | State v. Michael Anthony Maberson | Def's PDR Under N.C.G.S. § 7A-31 (COA12-227) | Denied |
| 087P13 | State v. Douglas Edward Jackson | Def's PDR Under N.C.G.S. § 7A-31 (COA12-*490*) | Denied |
| 088P13 | State v. Luis Antonio Nunez Garcia | Def's *Pro Se* Motion to Request for Plea Transcripts (COA12-973) | Dismissed |
| 094P13 | State v. George Victor Stokes | 1. State's Motion for Temporary Stay (COA12-810)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **02/25/13;** Dissolved the Stay **04/11/13**<br><br>2. See Special Order<br><br>3. See Special Order |